IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

UNITED STATES OF AMERICA      §
§
v.                              §          No. 6:23-CR-49
§
JARED LEWIS CLARKE          §

## MOTION TO DISMISS FORFEITURE

The government respectfully requests an order of dismissal of forfeiture in this case, and in support thereof states as follows:

1.      On April 25, 2023, the court entered a preliminary order of forfeiture (Doc. 17) pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 for $22,000.00 in U.S. currency and all interest and proceeds traceable thereto, representing property constituting or derived from proceeds obtained by defendant as a result of the offense alleged in Count One of an information.

2.      Subsequent to entry of the preliminary order of forfeiture, the government received a restitution payment from defendant in the amount of $22,000.00.

3.      The government moves the court for an order dismissing the pending forfeiture action as to defendant.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

*/s/ Alan R. Jackson*
ALAN R. JACKSON
Assistant United States Attorney
Texas Bar No. 10453300
110 N. College, Ste. 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Alan.Jackson@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been served on counsel of record for the defendant via the Court's CM/ECF filing system on January 10, 2024.

*/s/ Alan R. Jackson*
ALAN R. JACKSON

## CERTIFICATE OF CONFERENCE

I have conferred with counsel of record for defendant regarding the merits of this motion.    The motion is UNOPPOSED.

*/s/ Alan R. Jackson*
ALAN R. JACKSON